```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
               Plaintiff,    )         8:06CR214
                             )
     v.                      )
                             )
DANIELLE DORADOR,            )         ORDER
                             )
               Defendant.    )
_____)
```

This matter is before the Court on plaintiff's motion for Rule 35 hearing (Filing No. 113). Accordingly,

IT IS ORDERED that a hearing on said motion is scheduled for:

**Friday, June 8, 2007, at 1:15 p.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant need not be present.

DATED this 29th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court